**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**DANIEL NELSON,**

                **Plaintiff,**                9:20-cv-258
                                                           (GLS/CFH)

                v.

**SGT. KRISTOPHER**
**VanHOESEN et al.,**

                **Defendants.**

**APPEARANCES:**                        **OF COUNSEL:**

**FOR THE PLAINTIFF:**
Daniel Nelson
Pro Se
620 Warren Street
Albany, NY 12208

**FOR THE DEFENDANTS:**
Goldberg Segalla, LLP            JONATHAN M. BERNSTEIN, ESQ.
8 Southwoods Boulevard        THOMAS PAUL ARMSTRONG,
Suite 300                                    ESQ.
Albany, NY 12211-2526

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

      The above-captioned matter comes to this court following a Report-Recommendation and Order (R&R) by Magistrate Judge Christian F. Hummel duly filed February 1, 2022. (Dkt. No. 29.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections

filed by the parties herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 29) is **ADOPTED** in its entirety; and it is further

**ORDERED** that defendants' motion to dismiss (Dkt. No. 27) is **GRANTED**; and it is further

**ORDERED** that plaintiff's complaint (Dkt. No. 1) is **DISMISSED without prejudice**; and it is further

**ORDERED** that the Clerk is directed to close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

March 1, 2022
Albany, New York

Gary L. Sharpe
U.S. District Judge